914 F.2d 1493
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Joseph Edward Lee SULLIVAN, Defendant-Appellant.
 No. 90-6317.
 United States Court of Appeals, Fourth Circuit.
 Submitted Aug. 27, 1990.
Decided Sept. 27, 1990.
Rehearing and Rehearing In Banc Denied Oct. 23, 1990.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Chief District Judge. (CR-76-233-A; CA-90-569)
 Joseph Edward Lee Sullivan, appellant pro se.
 Constance Harriet Frogale, Office of the United States Attorney, Alexandria, Va., for appellee.
 E.D.Va.
 AFFIRMED.
 Before SPROUSE and WILKINS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Joseph Edward Lee Sullivan appeals from the district court's order refusing relief under 28 U.S.C. Sec. 2255.* Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. United States v. Sullivan, CR-76-233-A; CA-90-569 (E.D.Va. Mar. 7, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.
 
 
 
 *
 Sullivan's claims that the parole board improperly considered uncounseled convictions to determine his parole eligibility are properly brought under 28 U.S.C. Sec. 2241 in the jurisdiction of confinement